IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED IN COURT
ASHEVILLE, NC
DEC 03 2024
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

| | |
|---|---|
| In the matter of the indictment and arrest warrant for<br><br>DEVIN LEIGH WELCH | Case No. 1:24-cr-75-MR-WCM<br><br>**Filed Under Seal** |

## ORDER TO SEAL

UPON MOTION of the United States of America for an order directing that the Indictment, Arrest Warrant, and all related motions or orders issued be sealed,

**IT IS HEREBY ORDERED** that the foregoing materials are sealed.

SO ORDERED on this 3rd day of December 2024.

_____
W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE