IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

In the matter of the indictment and arrest warrant for

DEVIN LEIGH WELCH

Case No. 1:24-cr-75

**Filed Under Seal**

FILED
ASHEVILLE, NC

DEC 18 2024

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

## ORDER TO UNSEAL

UPON MOTION of the United States of America for an order directing that the Indictment, Arrest Warrant, and all related motions or orders issued be unsealed,

**IT IS HEREBY ORDERED** that the foregoing materials are unsealed.

SO ORDERED on this 18th day of December 2024.

_____
W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE